

# Fourth Court of Appeals
## San Antonio, Texas

May 26, 2021

No. 04-21-00139-CR

Eliodoro **MUNGUIA** III,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR6173
Honorable Raymond Angelini, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on May 26, 2021.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of May, 2021.

_____
Michael A. Cruz, Clerk of Court